932

UNITED STATES of America, Appellant,

v.

FIRST TRUST COMPANY and M. Karl Goetz, Executors of the Estate of William L. Goetz, Deceased.

No. 16209.

United States Court of Appeals Eighth Circuit.

April 20, 1959.

Edward L. Scheufler, U. S. Atty., and Horace Warren Kimbrell, Asst. U. S. Atty., Kansas City, Mo., for appellant.

Albert F. Hillix, Gage, Hillix, Moore & Park, Kansas City, Mo., William M. Morton and Morton & Morton, St. Joseph, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

Henry Floyd BROWN, Appellant,

v.

UNITED STATES of America.

No. 16211.

United States Court of Appeals Eighth Circuit.

April 20, 1959.

Henry Floyd Brown, pro se.

Harry Richards, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Jonas Elbert HARRELL, Appellant,

v.

Dr. R. O. SETTLE, Warden, United States Medical Center, Springfield, Missouri.

No. 16221.

United States Court of Appeals Eighth Circuit.

April 30, 1959.

Jonas Elbert Harrell, pro se.

Edward L. Scheufler, U. S. Atty., and John S. Boyer, Jr., Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee, for want of prosecution.

Chester TONEY, Appellant,

v.

UNITED STATES of America.

No. 16222.

United States Court of Appeals Eighth Circuit.

April 30, 1959.

R. L. Witherspoon, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee, for want of prosecution.